# Court of Appeals
# of the State of Georgia

ATLANTA,  April 14, 2021

*The Court of Appeals hereby passes the following order:*

**A21E0041.  EGBERT PERRY, ET AL v. PAUL HASTINGS LLP, ET AL.**

Pursuant to Court of Appeals Rules 16(a) and 40(b), Egbert Perry, Et Al's second motion to extend time to file notice of appeal is hereby granted. They shall have until May 26, 2021, to file a notice of appeal in the trial court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/14/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*